AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CHARTER COMMUNICATIONS ENTERTAINMENT I,
d/b/a CHARTER COMMUNICATIONS

V.

JOE POSTERRO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40160**

TO: (Name and address of defendant)

Joe Posterro
524 Central Turnpike
Sutton, Massachusetts 01590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina
99 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

DATE August 19, 2004

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

09/30/2004

I hereby certify and return that on 09/29/2004 at 09:10am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOE POSTERRO at 524 CENTRAL TURNPIKE, SUTTON, MA and by mailing first class mail to the above address on 09/30/2004. Fees: Service 20.00, Travel 21.12, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $58.62

Deputy Sheriff Dameon R Esposito

*Deputy Sheriff*

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                           Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.