

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS					CIVIL 04-40160 FDS

CHARTER COMMUNICATIONS
ENTERTAINMENT d/b/a
    Plaintiff

v					**DEFENDANT'S ANSWER**

JOSEPH POSTERRO
    Defendant

Now comes the defendant and answers as follows:

1. No answer required.
2. The defendant admits.
3. The defendant admits.
4. The defendant neither admits nor denies, but says this is a matter of law, and the allegation is one that he is not competent to respond to.
5. The defendant neither admits nor denies, but says this is a matter of law, and the allegation is one that he is not competent to respond to.
6. The defendant admits the local address of the plaintiff, but neither admits nor denies its corporate status or locus of incorporation.
7. The defendant neither admits nor denies but calls upon the plaintiff to prove the same.
8. The defendant admits his residence address, admits he is within the plaintiff's service area, but does not understand the remainder of the paragraph and so he neither admits nor denies the remainder.
9. The defendant admits.
10. The defendant does not have sufficient information to admit or deny this allegation.
11. The defendant admits.
12. The defendant admits.

13. The defendant admits.
14. The defendant admits.
15. The defendant admits.
16. The defendant admits.
17. The defendant admits.
18. The defendant admits.
19. The defendant does not have sufficient information to admit or deny this allegation.
20. The defendant does not have sufficient information to admit or deny this allegation.
21. The defendant does not have sufficient information to admit or deny this allegation.
22. The defendant denies and calls upon the plaintiff to prove the same.
23. The defendant denies and calls upon the plaintiff to prove the same.
24. The defendant denies and calls upon the plaintiff to prove the same.
25. The defendant denies and calls upon the plaintiff to prove the same.
26. The defendant denies and calls upon the plaintiff to prove the same.
27. The defendant denies and calls upon the plaintiff to prove the same.
28. The defendant denies and calls upon the plaintiff to prove the same.
29. The defendant denies and calls upon the plaintiff to prove the same.
30. The defendant denies and calls upon the plaintiff to prove the same.
31. The defendant denies and calls upon the plaintiff to prove the same.
32. The defendant denies and calls upon the plaintiff to prove the same.
33. The defendant denies and calls upon the plaintiff to prove the same.
34. The defendant denies and calls upon the plaintiff to prove the same.
35  The defendant denies and calls upon the plaintiff to prove the same.

WHEREFORE Joseph Posterro moves for judgment in his favor.

*THE DEFENDANT CLAIMS A TRIAL BY JURY ON ALL COUNTS UPON WHICH SUCH CLAIM IS ALLOWED*

JOSEPH POSTERRO
By his attorney

Nathaniel D. Pitnof
250 Commercial Street, 420
Worcester, MA 01608
508-757-3000

# Nathaniel D. Pitnof
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

Nathaniel D. Pitnof

Lauri J. Fernandes
Paralegal

Angelina Shimansky
Legal Assistant

October 25, 2004

Clerk
United States District Court
595 Main Street
Worcester MA  01608

**RE:  CHARTER v POSTERRO
CIVIL 04-40160 FDS**

Gentlemen:

Enclosed please find the Answer of the Defendant.

Kindly file and docket the same.

I certify I have sent a copy of this answer, postage prepaid, first class mail, to counsel for the plaintiff Christopher L. Brown, Murtha Cullina, LLP, 99 High Street, Boston, MA 02110.

Sincerely,

Nathaniel D. Pitnof