UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

    Plaintiff,

v.

JOSEPH POSTERRO,

    Defendant

CASE ACTION
NO. 04-CV-40160

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CERTIFICATION UNDER LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), Plaintiff and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

_____
Kevin Mailloux
Group Operations Manager
95 Higgins Street
Worcester, MA 01606
(508) 853-1515

Dated: __11/16__, 2004

COUNSEL -
CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

_____
Burton B. Cohen, BBO# 656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street – 20th Floor
Boston, MA 02110-2320
(617) 457-4003

Its Attorneys