UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                          CIVIL 04-40160 FDS

CHARTER COMMUNICATIONS
ENTERTAINMENT d/b/a
    Plaintiff

v                                                  **ASSENTED TO MOTION
                                                   TO CONTINUE
                                                   STATUS CONFERENCE**

JOSEPH POSTERRO
    Defendant


Now come the parties in the above-captioned matter and move the Court continue the Status Conference now scheduled for Tuesday, November 23, 2004 for the following reason:

- The parties are attempting to negotiate a settlement and feel that this matter may be resolved within thirty days

For the foregoing reason, the parties request that the Status Conference be continued.


CHARTER COMMUNICATIONS                JOE POSTERRO
ENTERTAINMENT                         By his attorney
By its attorney

*/s/ Christopher L. Brown*             */s/ Nathaniel D. Pitnof*
Christopher L. Brown  NOP             Nathaniel D. Pitnof
Murtha Cullina, LLP                   BBO# 400660
99 High Street                        250 Commercial Street, Suite 420
Boston, MA  02110                     Worcester, MA  01608
(617) 457-4000                        (508) 757-3000

# Nathaniel D. Pitnof
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

Nathaniel D. Pitnof

Lauri J. Fernandes
Paralegal

Angelina Shimansky
Legal Assistant

November 23, 2004

Clerk
United States District Court
595 Main Street
Worcester MA 01608

**RE: CHARTER v POSTERRO**
**CIVIL 04-40160 FDS**

Gentlemen:

Enclosed please find Assented to Motion to Continue Status Conference.

I certify I have sent a copy of this motion, postage prepaid, first class mail, to counsel for the plaintiff Christopher L. Brown, Murtha Cullina, LLP, 99 High Street, Boston, MA 02110.

Sincerely,

Nathaniel D. Pitnof, Esq.

Enclosure as stated